UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMELLO RANDLE,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>MORENO, *et al.*,<br><br>　　　　　　Defendants. | No.  1:25-cv-00230-JLT-EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING ACTION WITHOUT PREJUDICE FOR FAILURE TO EXHAUST ADMINISTRATIVE REMEDIES BEFORE FILING THE LAWSUIT, AND DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(Doc. 12) |

　　　　Plaintiff Ramello Randle is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action.  Plaintiff filed a complaint on February 21, 2025, and alleges that Defendants deliberate indifference resulted in poor prison conditions that caused him and his cellmate to have health issues. (Doc. 1).

　　　　On August 8, 2025, the magistrate judge issued an order requiring Plaintiff to show cause why this action should not be dismissed for failure to exhaust administrative remedies prior to filing suit in compliance with the Prison Litigation Reform Act of 1995.  (Doc. 11.)  Plaintiff did not file a response.  On October 8, 2025, the magistrate judge issued Findings and Recommendations that this action be dismissed, without prejudice, based on Plaintiff's failure to exhaust. (Doc. 12.)  The Court served the Findings and Recommendations on Plaintiff and notified him that any objections were due within 30 days.  (*Id.* at 5.)  The Court also advised

1

1  Plaintiff that "failure to file objections within the specified time may result in the waiver of rights
2  on appeal" (*Id.*, quoting *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014).) Plaintiff did
3  not file objections, and the time to do so has passed.

4  According to 28 U.S.C. § 636 (b)(1)(c), this Court has conducted a *de novo* review of the
5  case. Having carefully reviewed the entire file, the Court finds that the Findings and
6  Recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

7      1.    The Findings and Recommendations issued on October 8, 2025 (Doc. 12) are
8          **ADOPTED in full**.
9      2.    This action is **DISMISSED** without prejudice.
10     3.    The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **December 4, 2025**

UNITED STATES DISTRICT JUDGE

2